UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JORGE REYES and
STEVEN VALLEAU

        Defendants.

Case No. 21-cr-0022-bhl

## ORDER

On March 17, 2021, the parties filed a joint motion to adjourn the final pretrial conference and trial dates. (ECF No. 23.) The motion asks the Court to remove the final pretrial conference and trial dates from the calendar, to schedule a status hearing in approximately 60 days, and to make a finding under the speedy trial act. (*Id.*) The Court will grant the parties' motion. Accordingly,

**IT IS HEREBY ORDERED** that the parties' motion, (ECF No. 23), is **GRANTED** and defendants' final pretrial conference set for March 30, 2021 and the trial set for April 12, 2021 are adjourned.

**IT IS FURTHER ORDERED** that the matter is scheduled for a counsel-only telephonic status hearing on **May 18, 2021 at 10:00 a.m. by telephone.** To appear by telephone, counsel must call the Court conference line at 1-866-434-5269 and enter access code 1737450# before the scheduled hearing time.

Additionally, for the reasons stated in the motion, the Court finds that, under 18 U.S.C. §3161(h)(7), the ends of justice served by continuing the matter outweigh the best interest of the public and the defendants in a speedy trial. Specifically, the failure to grant a continuance would deny the defendants reasonable time to effectively prepare for trial. Therefore, the time from March 18, 2021 to May 18, 2021 is excluded under the Speedy Trial Act.

Dated at Milwaukee, Wisconsin on March 18, 2021.

                              s/ Brett H. Ludwig
                              BRETT H. LUDWIG
                              United States District Judge