UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 21-cr-0022-bhl

JORGE REYES, et al.,

    Defendants.

## PRELIMINARY ORDER OF FORFEITURE

On January 10, 2022, the United States of America filed a Motion pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, based upon the entry of the plea agreements, and in consideration of the guilty pleas to the Informations, wherein the defendants agreed to the forfeiture of all properties described in the Bill of Particulars filed on January 25, 2021, which added property to the forfeiture notice of the Indictment filed on January 20, 2021. The Motion will be granted, in part, and denied, in part.

Based on evidence already in the record, the Court determines under Fed. R. Crim. P. 32.2(b)(1)(A) and (b)(1)(B) that the following property is subject to forfeiture: a black semi-auto Glock 9mm, model 17 Gen 5, bearing serial number BLNL542; a black semi-auto Springfield Hellcat, bearing serial number AT263940; and a black Taurus 38 Special, 6-shot revolver, bearing serial number LR77985.

The Motion also seeks forfeiture of a black semi-auto Walther/Waffenfabrik 9mm, bearing serial number FC050554. However, the Complaints, Indictment, Bill of Particulars, and Informations all disclose a Walther 9mm pistol bearing serial number FC05054. The Motion also

seeks forfeiture of a black Taurus G2C, 9mm semi-automatic handgun, bearing serial number TMB48731. However, the Reyes (2) Complaint lists a Taurus handgun bearing serial number TMD48731. Finally, the Motion seeks forfeiture of a black Smith & Wesson 380 Shield EZ, .380 caliber pistol, bearing serial number NDJ9784. However, the Smith & Wesson is only listed on the Bill of Particulars and is not included in the Complaints, Indictment, Informations, or Plea Agreements. The foregoing prevents the Court from determining "whether the government has established the requisite nexus between [such] property and the offense," as required by Fed. R. Crim. P. 32.2(b)(1)(A).

Accordingly, **IT IS HEREBY ORDERED** that the Motion is **GRANTED, IN PART**, and all right, title and interest in the following property items are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):

1. A black semi-auto Glock 9mm, model 17 Gen 5, bearing serial number BLNL542;
2. A black semi-auto Springfield Hellcat, bearing serial number AT263940; and
3. A black Taurus 38 Special, 6-shot revolver, bearing serial number LR77985.

IT IS FURTHER ORDERED that the above listed items shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the United States Marshals Service for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

**IT IS FURTHER ORDERED** that the Motion is **DENIED, IN PART**, without prejudice, as to a black semi-auto Walther/Waffenfabrik 9mm, bearing serial number FC050554; a black Taurus G2C, 9mm semi-automatic handgun, bearing serial number TMB48731; and a Smith & Wesson 380 Shield EZ, .380 caliber pistol, bearing serial number NDJ9784.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(2)(C), this Preliminary Order may be amended under Rule 32.2(e)(1) when additional specific property is properly identified.

Dated at Milwaukee, Wisconsin on January 11, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge